IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) ) ) | Case Nos. 07-20412 through 07-20417, and 07-21468 through 07-21470 |
| NEUMANN HOMES, INC., et al.,[1] | ) ) ) | (Jointly Administered) |
| Debtors. | ) ) ) ) | Chapter 11 Hon. Eugene R. Wedoff |

ORDER AND FINAL DECREE CLOSING AFFILIATE DEBTORS' CHAPTER
11 CASES PURSUANT TO MODIFIED JOINT PLAN OF LIQUIDATION
OF NEUMANN HOMES, INC. AND ITS AFFILIATED DEBTORS-
IN-POSSESSION, DATED FEBRUARY 8, 2010, AS FURTHER MODIFIED

WHEREAS, (a) On November 6, 2007 and November 21, 2007, the Court entered orders directing the joint administration of the Debtors' Chapter 11 Cases (the "Consolidation Orders"), (b) on February 18, 2010, the Court entered its Findings of Fact, Conclusions of Law and Order [Docket No. 2236] (the "Initial Confirmation Order") confirming the Modified Joint Plan of Liquidation of Neumann Homes, Inc. and Its Affiliated Debtors-In-Possession, dated February 8, 2010, as Further Modified (the "Initially Confirmed Plan") with respect to Debtors: Neumann Homes, Inc. (Case No. 07-20412), NDC Fabrications, LLC (Case No. 07-20413), Neu Pro Co., LLC (Case No. 07-20414), Neumann Homes of Colorado, LLC (Case No. 07-20415), Neumann Homes of

---

[1]    The Debtors consist of: Neumann Homes, Inc. (EIN: 36-3372185); NDC Fabrications, LLC (EIN: 20-3927889); Neumann Homes of Colorado, LLC (EIN: 30-0016357); Neumann Homes of Michigan, LLC (EIN: 20-0266814); Neumann Homes of Wisconsin, LLC (EIN: 13-4233135); Neu Pro Co., LLC (EIN: 20-3927922); NHI Sky Ranch, LLC (EIN: 20-2680457); Precision Framing Systems, LLC (EIN: 61-1404308); and Sky Ranch, LLC (EIN: 20-2680547). All of the foregoing, excluding Neumann Homes, Inc. shall be referred to herein collectively as the Affiliate Debtors.

Wisconsin, LLC (Case No. 07-20416), Precision Framing Systems, LLC (Case No. 07-20417) and Neumann Homes of Michigan, LLC (Case No. 07-21468) ; (c) on April 20, 2010, the Court entered its Supplemental Findings of Fact, Conclusions of Law and Order Confirming the Modified Joint Plan of Liquidation of Neumann Homes, Inc. and Its Affiliated Debtors and Debtors-In-Possession, as Further Modified [Docket No. 2315] (the "Supplemental Confirmation Order"), which (i) approves certain modifications to the Initially Confirmed Plan (the "Modifications") attached as Exhibit 1 to the Supplemental Confirmation Order and incorporated into the version of the Initially Confirmed Plan attached as Exhibit 2 to the Supplemental Confirmation Order (the "Plan"),[2] and (ii) confirms the Plan with respect to Debtors NHI Sky Ranch, LLC (Case No. 07-21469) and Sky Ranch, LLC (Case No. 07-21470); (d) Section 7.10(a) of the Plan provides that on the Effective Date or as soon thereafter as practicable, (i) each of the Affiliate Debtors shall be merged with and into Neumann Homes, (ii) the Chapter 11 Cases of the Affiliate Debtors shall be closed, following which any and all proceedings that could have been brought or otherwise commenced in the Chapter 11 Cases of any Affiliate Debtor shall be brought or otherwise commenced in the Chapter 11 Case of Neumann Homes, and (iii) the clerk of the Bankruptcy Court, immediately upon receiving notice of the Effective Date, shall enter an order and decree (substantially in the form attached to the Plan as Exhibit G) closing each of the Affiliate Debtors' Chapter 11 Cases; and (e) the Debtors filed with the Court a Notice that the Effective Date with respect to the Plan occurred on August 20, 2010 [Docket No. 2470]; and it appearing that no other or further notice is

---

[2] Capitalized terms not defined herein have the meanings ascribed to them in the Plan.

2

required; and upon the record herein; and after due deliberation thereon; and good cause appearing therefor,

IT IS HEREBY ORDERED that

1. Notwithstanding the Consolidation Orders, the Chapter 11 Cases of the Debtors are hereby de-consolidated to facilitate closure of the Affiliate Debtors' Chapter 11 Cases pursuant to the Plan.

2. The Chapter 11 Cases of the Affiliate Debtors are hereby closed as of the date hereof:

3. Any and all proceedings that could have been brought or otherwise commenced in the Chapter 11 Cases of any Affiliate Debtor shall be brought or otherwise commenced in the Chapter 11 Case of Neumann Homes, Inc. (Case No. 07-20412).

4. The Clerk of the Court shall make a docket entry in each of the following Chapter 11 Cases: NDC Fabrications, LLC (Case No. 07-20413); NeuPro Co., LLC (Case No. 07-20414); Neumann Homes of Colorado, LLC (Case No. 07-20415); Neumann Homes of Wisconsin, LLC (Case No. 07-20416); Precision Framing Systems, LLC (Case No. 07-20417); Neumann Homes of Michigan, LLC (Case No. 07-21468); NHI Sky Ranch, LLC (Case No. 07-21469); and Sky Ranch, LLC (Case No. 07-21470) substantially as follows:

> An Order has been entered (i) de-consolidating this case from the cases of Neumann Homes, Inc. (Case No. 07-20412) and its affiliated debtors, and (ii) closing this case, but providing that any and all proceedings that could have been brought or otherwise commenced in this case shall be brought or otherwise commenced in the case of Neumann Homes, Inc. (Case No. 07-20412). The docket in that case should be consulted for all matters affecting this case.

5. Fees payable by the Affiliate Debtors to the United States Trustee under 28 U.S.C. §1930, if any, shall be paid within 10 days of the entry of this order.

Dated: Chicago, Illinois
       September 15, 2010

_____
UNITED STATES BANKRUPTCY JUDGE

796232-Chicago Server 2A - MSW